WILL OF KLOFANDA : STENICKA and another, Appellants, vs. THOMAS and wife, Respondents.

*April 14—May 11, 1948.*

For the appellants there was a brief by *Wilbershide & Baumblatt* of Racine, and oral argument by *L. P. Baumblatt.* *Oscar M. Edwards* of Racine, for the respondents.

PER CURIAM. Upon this appeal the members of the court are equally divided. Mr. Chief Justice ROSENBERRY, Mr. Justice FRITZ, and Mr. Justice FAIRCHILD are of the view that the trial court's findings of fact are not against the great

weight and clear preponderance of the evidence and that therefore the judgment should be affirmed. Mr. Justice WICKHEM, Mr. Justice BARLOW, and Mr. Justice HUGHES are of the contrary view and are in favor of reversal of the judgment. This situation necessarily results in the affirmance of the judgment. *Zohrlaut v. Mengelberg,* 148 Wis. 592, 134 N. W. 1135; *Carpenter Baking Co. v. Bakery Union,* 238 Wis. 367, 299 N. W. 30, 300 N. W. 225.

Judgment affirmed.